UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:21-mc-00031-TJC

In re CASES RECEIVED ON REMAND
FROM In re BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION, MDL
2641
*May 2021 transfers*

This document relates to the following:

**Eddie Fleming**
**Case No. 2:19-cv-1541-DGC (D. Ariz.)**
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiff Eddie Fleming listed in the above-captioned case in the District of Arizona be dismissed without prejudice, with each party to bear their own costs.

Date: December 20, 2021

|  | Respectfully submitted, |
|---|---|
| /s/ *Nicholas Farnolo* | /s/ *Sabrina R. Gallo* |
| Nicholas Farnolo | Sabrina R. Gallo, Esq. |
| **NAPOLI SHKOLNIK, PLLC** | Florida Bar No.: 419273 |
| 400 Broadhollow Road, Suite 305 | Email: gallos@gtlaw.com |
| Melville, New York 11747 | **GREENBERG TRAURIG, P.A.** |
| Telephone: (212) 397-1000 | 333 SE 2nd Avenue, Suite 4400 |
| Facsimile: (646) 843-7619 | Miami, Florida 33131 |
| Email: nfarnolo@napolilaw.com | Telephone: 305-579-0533 |
|  | Facsimile: 305-579-0717 |
| *Counsel for Plaintiff Eddie Fleming* | *Counsel for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    /s/ *Sabrina R. Gallo*
                                                    SABRINA R. GALLO