**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re CASES RECEIVED ON
REMAND from in re Bard IVC
Filters Products Liability Litigation,
MDL 2641
*May 2021 transfers.*

**As to Eddie Fleming**                    Case No. 3:21-mc-31-TJC
**Case No. 2:19-cv-1541-DGC (D. Ariz.)**

## O R D E R

Upon review of the Joint Stipulation of Dismissal Without Prejudice as to Eddie Fleming (Doc. 30), it is hereby

**ORDERED**:

The Clerk is directed to open a new civil case in the Jacksonville Division which shall be directly assigned to the undersigned and then dismissed without prejudice, with each party to bear their own costs, pursuant to the terms of the parties' stipulation of dismissal.  In the new civil case, the Clerk shall docket plaintiff Eddie Fleming's short form complaint, a copy of the Court's May 19, 2021 Order (Doc. 1), the joint stipulation of dismissal without prejudice (Doc. 30), and a copy of this Order.  The case shall be closed once those filings are docketed.

2

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of December, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record